IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elsa Reina Barrios-Roman De Mondaca, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Ford Motor Company, <br><br> Defendant. | No. CV 05-259-TUC-FRZ <br><br> **ORDER** |

Pending before the Court is Plaintiffs' motion to compel. Plaintiffs filed this motion on March 14, 2008. Defendant has not responded to this motion; the time frame to respond to this motion has expired. *See* LRCiv 7.2(c); FED.R.CIV.P. 6(a).

Pursuant to LRCiv 7.2(i), "if the unrepresented party or counsel does not serve and file the required answering memoranda . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to compel is **summarily granted**.

DATED this 17th day of April, 2008.

FRANK R. ZAPATA
United States District Judge