IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elsa Reina Barrios-Roman De Mondaca, et al., <br><br>  Plaintiffs, <br><br>vs. <br><br>Ford Motor Company, <br><br>  Defendant. | No. CV 05-259-TUC-FRZ <br><br>**ORDER** |

On April 17, 2008, the Court issued the following order:

> Pending before the Court is Plaintiffs' motion to compel. Plaintiffs filed this motion on March 14, 2008. Defendant has not responded to this motion; the time frame to respond to this motion has expired. *See* LRCiv 7.2(c); FED.R.CIV.P. 6(a).
> Pursuant to LRCiv 7.2(i), "if the unrepresented party or counsel does not serve and file the required answering memoranda . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to compel is **summarily granted**.

After this Order was issued, the parties filed a stipulation stating that they inadvertently failed to inform the Court that they had informally resolved the motion to compel through a mutual agreement. As such, the parties have requested that the Court vacate the Order in question. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the April 17, 2008 Order is vacated.

DATED this 21st day of April, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge